Exhibit A

3

Pursuant to Customs Directive 2110-036, Form approved by New York Customs Management Center on 10/25/2000

**BK REF**

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

# CUSTOMS BOND
19 CFR Part 113

| CUSTOMS USE ONLY | BOND NUMBER (Assigned by Customs) |
|---|---|
| | **150501551** |
| | FILE REFERENCE |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

| | Execution Date 12/9/05 |

**SECTION I - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.**

| ☐ SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Date of Transaction XXXXXXXXXXXX | Transaction district & port code |
|---|---|---|---|
| ☒ CONTINUOUS BOND | Effective Date 12/12/05 | This bond remains in force one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period... The intention to terminate this bond must be conveyed within the time period and manner prescribed in the Customs Regulations. |

**SECTION II** - This bond includes the following agreements. (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☐ 1 | Importer or broker ___ 113.62 | XXXXXXXXXXXXX | ☐ 5 | Public Gauger ___ 113.67 | XXXXXXXXXXXX |
| ☐ 1a | Drawback Payment Refunds ___ 113.65 | XXXXXXXXXXXXX | ☐ 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) ___ 113.68 | XXXXXXXXXXXX |
| ☒ 2 | Custodian of bonded merchandise ___ 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of, warehouses, container station operators) | $50,000.00 | ☐ 7 | Bill of Lading (Single Entry Only) ___ 113.69 | XXXXXXXXXXXX |
| ☐ 3 | International Carrier ___ 113.64 | XXXXXXXXXXXXX | ☐ 8 | Detention of Copyrighted Material (Single Entry Only) ___ 113.70 | XXXXXXXXXXXX |
| ☐ 3a | Instruments of International Trade ___ 113.66 | XXXXXXXXXXXXX | ☐ 9 | Neutrality (Single Entry Only) ___ 113.71 | XXXXXXXXXXXX |
| ☐ 4 | Foreign Trade Zone Operator ___ 113.73 | XXXXXXXXXXXXX | ☐ 10 | Court Costs for Condemned Goods (Single Entry Only) ___ 113.72 | XXXXXXXXXXXX |

**SECTION III** - List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
101 South Philips Avenue
Sioux Falls, SD 57117-6703

| | Name and Address | Importer No. 56-157483200 | |
|---|---|---|---|
| **PRINCIPAL** | Professional Delivery Systems, Inc. 4001-A Sentry Post Road Charlotte, NC 28208 (NC Corp) | SIGNATURE *Warren H. Morris, II* Warren H. Morris II - President | SEAL |
| **PRINCIPAL** | Name and Address N/A | Importer No. SIGNATURE N/A | SEAL |
| **SURETY** | Name and Address Western Surety Company 101 South Philips Avenue Sioux Falls, SD 57117-6703 (SD Corporation) | Surety No. 913 SIGNATURE | SEAL |
| **SURETY** | Name and Address N/A | Surety No. SIGNATURE N/A | SEAL |
| **SURETY AGENTS** | Names John K. Daily Atty-in-Fact | Identification No. 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 | Names N/A    Identification No. N/A |

ALL CORRECTIONS AND ALTERATIONS WERE MADE PRIOR TO THE SIGNING OF THE BOND

Customs Form 301 (082189)
050627003

Exhibit B

INDEMNITY TO:

| TRAVELERS CASUALTY AND SURETY COMPANY | WESTERN SURETY COMPANY |
|---|---|
| FEDERAL INSURANCE COMPANY | AMERICAN CASUALTY COMPANY OF |
| FIRST FOUNDERS ASSURANCE COMPANY | READING, PA |
| CONTINENTAL CASUALTY COMPANY | RLI INSURANCE COMPANY |
| WESTCHESTER FIRE INSURANCE COMPANY | |

By **Professional Delivery Systems, Inc.** , Address 4001-A Sentry Post Road, Charlotte, NC 28208

on behalf of **Professional Delivery Systems, Inc.** , Address Same

its subsidiaries and affiliates, as principal, for any Bond in favor of THE UNITED STATES OF AMERICA as Obligee.

Each undersigned person, firm and corporation, jointly and severally (also called "Indemnitor") in consideration of the execution by any of the above-captioned sureties, (called "Company") of a bond, or the continuation of any previously executed bond, of the substitution or renewal on any and all bonds, in which the Obligee is THE UNITED STATES OF AMERICA and other claimants, does undertake and agree:

1.  To pay or cause to be paid to Company the agreed premium and/or collateral security for its suretyship until the undersigned shall furnish to Company competent written evidence, satisfactory to Company, of the termination of any bond as to future liability, but with privilege to Company, at any time, to withdraw from future liability under any bond if it so elects, in which event Company's only liability to the undersigned shall be for the pro rata unearned portion of the premium paid in accordance with law. The indemnitor expressly waives any right, if any, to interest which may be earned on collateral security and further consents that the collateral security provided in consideration of suretyship may be held by the Company or the Company's representative, in any bank as the Company or Company's representative, as in its sole discretion, deems advisable and prudent.

2.  To indemnify and save harmless Company from and against any and all liability, claim, demand, loss, damage, expense, cost, attorney's fees and expenses, included without limitation, fees and disbursements of counsel incurred by the Company in any action or proceeding between the indemnitor and the Company, or between the Company and any third party, which Company shall at any time incur by reason of its execution of any bond or its payment of or its liability to pay any claim, irrespective of whether the claim is made against the Company as a joint or several obligor and whether the indemnitor is then liable to make such payment, and to place the Company in funds to meet all its liability under any bond, promptly upon request and before Company may be required to make any payment thereunder; and copy of the claim, demand, voucher or other evidence of the payment by the Company of any liability, claim, demand, loss, damage, expense, cost and attorney's fees, shall be prima facie evidence of the fact and amount of Indemnitor's liability to Company under this agreement. Any demand upon the Company by the Obligee shall be sufficient to conclude that a liability exists and the Indemnitor shall then place the Company with sufficient funds in a form and amount deemed acceptable in the Company's sole discretion, as collateral security to cover the liability.

The Company may make or consent to any modification in any bond and may execute renewals or substitute obligation in any instrument, contract or agreement concerned, without notice to any Indemnitor (notice being expressly waived) and, in such case, each Indemnitor shall be liable to the Company as fully and to the same extent that the Company shall be liable under such modified bond or renewal or substitute obligation, in lieu thereof.

Each Indemnitor and the heirs, legal representatives, successors and assigns of each Indemnitor are, jointly and severally, bound by the provisions of this agreement, and the liability of each Indemnitor shall not be dependent upon the execution of this agreement or any instrument referred to by any other Indemnitor, and that if the Company procures any co-surety or reinsurance or other surety on said bond or bonds this agreement shall be deemed extended to and for the benefit of the co-surety, reinsuring company or other surety.

It is mutually agreed that this contract is deemed made in the State of New York, regardless of the order in which the signatures of the parties shall have been affixed and shall be interpreted, and the rights and liabilities of the parties determined, in accordance with the laws of the State of New York. In consideration for the surety being so bound, the Indemnitor agrees that all actions or proceedings arising directly or indirectly from this agreement shall be litigated only in courts having situs within the State of New York, and consents to the personal jurisdiction and venue of any local, state or Federal Court located therein.

Signed and Sealed this     2 ND         day of  September      20 05

| | |
|---|---|
| WITNESS | SIGNATURE(S) OF INDEMNITOR(S) |
| Betty Riddle | Professional Delivery Systems, Inc. |
| | |
| | Warren H. Morris II |
| | Warren H. Morris II  PResident |

Affix
Corp
Seal
(L.S.)

(L.S.)

(L.S.)

*(This form is to be notarized or signed by two witnesses)*

050627003

INDEMNITY TO:

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY | WESTERN SURETY COMPANY |
| FEDERAL INSURANCE COMPANY | AMERICAN CASUALTY COMPANY OF |
| FIRST FOUNDERS ASSURANCE COMPANY | READING, PA |
| CONTINENTAL CASUALTY COMPANY | RLI INSURANCE COMPANY |
| WESTCHESTER FIRE INSURANCE COMPANY | |

By <u>Sherrie B. Morris</u> , Address <u>7010 Pine Lake Lane, Charlotte, NC 28227</u>

on behalf of <u>Professional Delivery Systems, Inc.</u> , Address <u>4001-A Sentry Post ROad, Charlotte, NC 28208</u>

its subsidiaries and affiliates, as principal, for any Bond in favor of THE UNITED STATES OF AMERICA as Obligee.

Each undersigned person, firm and corporation, jointly and severally (also called "Indemnitor") in consideration of the execution by any of the above-captioned sureties, (called "Company") of a bond, or the continuation of any previously executed bond, of the substitution or renewal on any and all bonds, in which the Obligee is THE UNITED STATES OF AMERICA and other claimants, does undertake and agree:

1. To pay or cause to be paid to Company the agreed premium and/or collateral security for its suretyship until the undersigned shall furnish to Company competent written evidence, satisfactory to Company, of the termination of any bond as to future liability, but with privilege to Company, at any time, to withdraw from future liability under any bond if it so elects, in which event Company's only liability to the undersigned shall be for the pro rata unearned portion of the premium paid in accordance with law. The Indemnitor expressly waives any right, if any, to interest which may be earned on collateral security and further consents that the collateral security provided in consideration of suretyship may be held by the Company or the Company's representative, in any bank as the Company or Company's representative, in its sole discretion, deems advisable and prudent.

2. To indemnify and save harmless Company from and against any and all liability, claim, demand, loss, damage, expense, cost, attorney's fees and expenses, included without limitation, fees and disbursements of counsel incurred by the Company in any action or proceeding between the indemnitor and the Company, or between the Company and any third party, which Company shall at any time incur by reason of its execution of any bond or its payment of or its liability to pay any claim, irrespective of whether the claim is made against the Company as a joint or several obligor and whether the indemnitor is then liable to make such payment, and to place the Company in funds to meet all its liability under any bond, promptly upon request and before Company may be required to make any payment thereunder; and copy of the claim, demand, voucher or other evidence of the payment by the Company of any liability, claim, demand, loss, damage, expense, cost and attorney's fees, shall be prima facie evidence of the fact and amount of Indemnitor's liability to Company under this agreement. Any demand upon the Company by the Obligee shall be sufficient to conclude that a liability exists and the Indemnitor shall then place the Company with sufficient funds in a form and amount deemed acceptable in the Company's sole discretion, as collateral security to cover the liability.

The Company may make or consent to any modification in any bond and may execute renewals or substitute obligation in any instrument, contract or agreement concerned, without notice to any Indemnitor (notice being expressly waived) and, in such case, each Indemnitor shall be liable to the Company as fully and to the same extent that the Company shall be liable under such modified bond or renewal or substitute obligation, in lieu thereof.

Each Indemnitor and the heirs, legal representatives, successors and assigns of each Indemnitor are, jointly and severally, bound by the provisions of this agreement, and the liability of each Indemnitor shall not be dependent upon the execution of this agreement or any instrument referred to by any other Indemnitor, and that if the Company procures any co-surety or reinsurance or other surety on said bond or bonds this agreement shall be deemed extended to and for the benefit of the co-surety, reinsuring company or other surety.

It is mutually agreed that this contract is deemed made in the State of New York, regardless of the order in which the signatures of the parties shall have been affixed and shall be interpreted, and the rights and liabilities of the parties determined, in accordance with the laws of the State of New York. In consideration for the surety being so bound, the Indemnitor agrees that all actions or proceedings arising directly or indirectly from this agreement shall be litigated only in courts having situs within the State of New York, and consents to the personal jurisdiction and venue of any local, state or Federal Court located therein.

Signed and Sealed this <u>2ND</u> day of <u>September</u> 20 <u>05</u>

| . WITNESS | SIGNATURE(S) OF INDEMNITOR(S) | |
|---|---|---|
| | | (L.S.) |
| | <u>Sherrie B. Morris</u> | (L.S.) |
| | <u>Sherrie B. Morris - personally</u> | (L.S.) |

*(This form is to be notarized or signed by two witnesses)*

050627003

Exhibit C

U.S. OF CUSTOMS AND BORDER PROTECTION

| | |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | 2007160320003301 |
| | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $1,044.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889621191
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE: 2 BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.   YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.   WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

DEPARTMENT OF HOMELAND SECURITY
U.S. OF CUSTOMS AND BORDER PROTECTION

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

19 USC 1618, 19 USC 1623

CASE NUMBER
2007160320003301

PORT CODE AND NAME
1603 GREENSVILLE-SPARTANBU

INVESTIGATION FILE NO.

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE: 2 <br> BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY
FP&F OFFICER 843-579-6315     05/20/2007

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03 2007160320003201 |
|---|---|
|  | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

INVESTIGATION FILE NO.

19 USC 1618, 19 USC 1623

WESTERN SURETY COMPANY
C/O C.A. SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $3,438.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889621176
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2 BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A. SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320003201 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515          03/20/2007

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                    F03 2007160320003101 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF      $8,164.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620966
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2 BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMS.INC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320003101 |
|---|---|
| | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |

| WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC<br>720 PALISADE AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632<br>ID: 56157483200 | |
|---|---|

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN {DUPLICATE } ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN                    FP&F OFFICER 843-579-6515        03/20/2007
BY

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320003001<br><br>PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF     $3,800.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620955
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320003001 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
   U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
   60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN                    FP&F OFFICER 843-579-6515          03/20/2007
BY

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                F03<br>2007160320002901 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>  1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $7,100.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620944
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
 VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:   2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|
| CUSTODIAN | 150501551 | $50,000.00 | 12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>     913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY | CASE NUMBER | F03 |
|---|---|---|
| U.S. OF CUSTOMS AND BORDER PROTECTION | 2007160320002901 | |

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

PORT CODE AND NAME
1603 GREENSVILLE-SPARTANBU

INVESTIGATION FILE NO.

19 USC 1618, 19 USC 1623

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|
| CUSTODIAN | 150501551 | $50,000.00 | 12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY | SURETY NO. |
|---|---|
|   C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | 913 |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN                    FP&F OFFICER 843-579-6515          03/20/2007
BY

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320002801 |

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

PORT CODE AND NAME
1603 GREENSVILLE-SPARTANBU

19 USC 1618, 19 USC 1623

INVESTIGATION FILE NO.

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF          $228.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 825783313
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 STEERING AIRBAG
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320002801<br><br>PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |
|---|---|
| WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC<br>720 PALISADE AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632<br>ID: 56157483200 | |

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.   YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.   WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

. FP&F OFFICER 843-579-6515

03/20/2007

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F01<br>2007160320002801 |
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

PROFESSIONAL DELIVERY SYSTEMS, INC
P.O. BOX 19146
CHARLOTTE                    NC     28219

ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF          $228.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 825783313
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 STEERING AIRBAG
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F01<br>2007160320002901 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

PROFESSIONAL DELIVERY SYSTEMS, INC
P.O. BOX 19146
CHARLOTTE              NC    28219

ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $7,100.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620944
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
 VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F01<br>2007160320003001 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

PROFESSIONAL DELIVERY SYSTEMS, INC
P.O. BOX 19146
CHARLOTTE                NC    28219

ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $3,800.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620955
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
 VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:   2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F01<br>2007160320003101 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |
| 19 USC 1618, 19 USC 1623 | |

PROFESSIONAL DELIVERY SYSTEMS, INC
P.O. BOX 19146
CHARLOTTE                NC    28219

  ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF          $8,164.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620966
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN
VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19CFR18.8<br>19CFR113.63 | | BOND TYPE:  2<br><br>BOND#: 150501551 | |
| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
| CUSTODIAN | 150501551 | $50,000.00 | 12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY | SURETY NO. |
|---|---|
|  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | 913 |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F01 2007160320003201 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

PROFESSIONAL DELIVERY SYSTEMS, INC
P.O. BOX 19146
CHARLOTTE              NC    28219

ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $3,438.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889621176
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/ EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2  BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F01 2007160320003301 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

PROFESSIONAL DELIVERY SYSTEMS, INC
P.O. BOX 19146
CHARLOTTE                    NC    28219

ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF       $1,044.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889621191
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT PORT OF DESTINATION IN VIOLATION OF 19CFR18.8 AND 19CFR113.63

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/ EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2  BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY | SURETY NO.
 C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | 913

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320001901 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF          $114.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 825779264
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AIR BAG MODULE
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320001901 |
|---|---|

| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
|---|---|

INVESTIGATION FILE NO.

19 USC 1618, 19 USC 1623

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.   YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.   WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN                    FP&F OFFICER 843-579-6515        01/09/2007
BY

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER            F03<br>2007160320001701 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF          $802.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620712
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 MISC INTERIOR PARTS OF MOTOR VEHICLES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                F03<br>2007160320001701 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
|  | INVESTIGATION FILE NO. |
| 19 USC 1618, 19 USC 1623 |  |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515    . 01/09/2007

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER             F03<br>2007160320001601 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $1,045.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620675
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
MISC INTERIOR PARTS OF MOTOR VEHICLES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER        F03<br>2007160320001601 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br>BOND#: 150501551 |

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|
| CUSTODIAN | 150501551 | $50,000.00 | 12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN                    FP&P OFFICER  843-579-6515          01/09/2007
BY

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                F03 2007160320001501 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF          $186.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620583
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
MISC INTERIOR PARTS OF MOTOR VEHICLE
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2  BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER                F03<br>2007160320001501<br><br>PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:   2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

. KAREN K BROWN          FP&F OFFICER 843-579-6515      01/09/2007
BY