| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03 2007160320001401 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME .1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF     $1,708.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620454
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 MISC ASSEMBLES OF MOTOR VEHICLES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/ EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2 BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER                F03<br>2007160320001401<br><br>PORT CODE AND NAME<br>  1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:    2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |

KAREN K BROWN                    FP&F OFFICER 843-579-6515          01/09/2007
BY

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320001301 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $228.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 825778450
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
AIR BAGS MODULES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320001301 |
|---|---|
| | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515     01/09/2007

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                    F03 2007160320002101 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

| WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC 720 PALISADE AVENUE ENGLEWOOD CLIFFS, NJ 07632 ID:  56157483200 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF          $175.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620826
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 MISC INTERIOR PARTS OF MOTOR VEHICLES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/ EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED | |
|---|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2 BOND#: 150501551 | |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION.   YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION.   WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER            F03<br>2007160320002101 |
|---|---|
| | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |

| WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC<br>720 PALISADE AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632<br>ID: 56157483200 | |
|---|---|

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|
| CUSTODIAN | 150501551 | $50,000.00 | 12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

. KARÉN K BROWN
BY                         FP&F OFFICER 843-579-6515          01/09/2007

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320002001 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF    $22,962.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 825779463
PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
AUTOMOBILE
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320002001<br><br>PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |
|---|---|

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

· KAREN K BROWN
BY

FP&F OFFICER 843-579-6515          01/09/2007

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320000501 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

| WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC<br>720 PALISADE AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632<br>ID: 56157483200 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF        $5,279.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620233
 PORT OF ORIGIN: 1704 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 MISC DOOR ASSEMBLIES OF MOTOR VEHICLES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER            F03<br>2007160320000501<br><br>PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515

12/12/2006

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER            F03<br>2007160320000401 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF       $6,669.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620093
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 MISC DOOR ASSEMBLIES OF MOTOR VEHICLES
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|
| CUSTODIAN | 150501551 | $50,000.00 | 12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br> C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER              F03<br>2007160320000401 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515

12/12/2006

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320000301<br><br>PORT CODE AND NAME<br>  1603 GREENSVILLE-SPARTANBU<br><br>INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF      $4,224.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620060
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/ EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:   2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>  $50,000.00 | DATE:<br>12/12/2005 |

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>   913 |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320000301 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
|  | INVESTIGATION FILE NO. |
| 19 USC 1618, 19 USC 1623 |  |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE: 2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
    U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
    60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515

12/12/2006

| · DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER          F03<br>2007160320000201 |
|---|---|
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>  1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |
| 19 USC 1618, 19 USC 1623 | |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $5,276.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 889620056
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 AUTO PARTS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:   2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>  913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER         F03<br>  2007160320000201 |
|---|---|
| | PORT CODE AND NAME<br>  1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID: 56157483200

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:  2<br><br>BOND#: 150501551 |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>  913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515

12/12/2006

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                F03 2007160320000101 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 1603 GREENSVILLE-SPARTANBU |
|  | INVESTIGATION FILE NO. |
| 19 USC 1618, 19 USC 1623 |  |

WESTERN SURETY COMPANY
C/O C.A.SHEA & COMPANY, INC
720 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632
ID:  56157483200

DEMAND IS HEREBY MADE FOR PAYMENT OF        $22,228.00, REPRESENTING
LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
INBOND NBR: 825775661
 PORT OF ORIGIN: 1603 PORT OF DESTINATION: 1704
MERCHANDISE DESCRIPTION:
 STEERING WHEELS
CARRIER FAILED TO DELIVER INBOND DOCUMENTS TO CBP AT THE PORT OF DESTINATION.

INBOND DOCUMENTS NOT DELIVERED OR DELIVERED MORE THAN 2 WORKING DAYS
AFTER ARRIVAL OF INBOND MERCHANDISE AT THE PORT OF DESTINATION/
EXPORTATION.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 19CFR18.8 19CFR113.63 | BOND TYPE:  2  BOND#: 150501551 |

| DESCRIPTION OF BOND: CUSTODIAN | FORM NUMBER: 150501551 | AMOUNT: $50,000.00 | DATE: 12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
 PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO. 913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN {DUPLICATE } ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
 U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
 60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. OF CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br><br>19 USC 1618, 19 USC 1623 | CASE NUMBER          F03<br>2007160320000101 |
|---|---|
| | PORT CODE AND NAME<br>1603 GREENSVILLE-SPARTANBU |
| | INVESTIGATION FILE NO. |

| WESTERN SURETY COMPANY<br>C/O C.A.SHEA & COMPANY, INC<br>720 PALISADE AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632<br>ID:  56157483200 | |
|---|---|

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | | BOND BREACHED |
|---|---|---|
| 19CFR18.8<br>19CFR113.63 | BOND TYPE:   2<br><br>BOND#: 150501551 | |

| DESCRIPTION OF BOND:<br>CUSTODIAN | FORM NUMBER:<br>150501551 | AMOUNT:<br>$50,000.00 | DATE:<br>12/12/2005 |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND PROFESSIONAL DELIVERY SYSTEMSINC
  PO BOX 19146, CHARLOTTE, NC 282199146

| NAME AND ADDRESS OF SURETY ON BOND  WESTERN SURETY COMPANY<br>  C/O C.A.SHEA & COMPANY, INC, 720 PALISADE AVENUE, ENGLEWOOD | SURETY NO.<br>913 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
  U.S. CUSTOMS/FP&F, 200 EAST BAY ST, CHARLESTON, SC 29401

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
  60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|

KAREN K BROWN
BY

FP&F OFFICER 843-579-6515      12/12/2006