UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WESTERN SURETY COMPANY,

    Plaintiff,

    -against-

PROFESSIONAL DELIVERY SYSTEMS, INC.
and SHERRIE B. MORRIS,

    Defendants.
----------------------------------------------------------x

Case No.:

**Rule 7.1 Statement**

07 CIV. 3643

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Travelers Casualty and Surety Company, (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    TRAVELERS CASUALTY AND SURETY COMPANY
    FEDERAL INSURANCE COMPANY
    CONTINENTAL CASUALTY COMPANY
    WESTCHESTER FIRE INSURANCE COMPANY
    AMERICAN CASUALTY COMPANY OF READING, PA
    RLI INSURANCE COMPANY

Dated: New City, New York
       May 2, 2007

                      LAW OFFICES OF MICHAEL P. O'CONNOR
                      Attorneys for Plaintiff

BY: _____
                      Michael P. O'Connor (MO1550)
                      10 Esquire Road, Suite 14
                      New City, New York 10956
                      (845) 638-1956