TATE OF NEW YORK     SOUTHERN     COUNTY     U. S. DISTRICT     COURT

OCUMENTS SERVED WITH INDEX #   07 CIV 3643    AND FILED ON   May 8, 2007

TTORNEY(S) Michael P. O'Connor, Esq. ,

*Western Surety Company*                  Plaintiff(s)/Petitioner(s)

vs

*Professional Delivery Systems, Inc. and Sherrie B. Morris*      Defendant(s)/Respondent(s)

ounty of   Mecklenburg  , State of   N. Carolina

Keith Hollen , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

f age and resides at    Charlotte, NC   . On   May 17, 2007    at    3:05 pm

t    4001-A Sentry Post Road , Charlotte, NC 28208

eponent served a    Summons in a Civil Case and Complaint
Rule 7.1 Statement
3rd Amended Instructions for Filing an Electronic Case or Appeal

PON:      **Professional Delivery Systems, Inc.**      ,    **Defendant**

1erein called recipient) therein named.

**NDIVIDUAL** [ ]    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**ORPORATION** [x]    A _____ corporation, by delivering thereat a true copy of each to   John Doe, employee refused   personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be   Person of Highest Authority   thereof.

**JITABLE AGE PERSON** [ ]    by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**FFIXING TO DOOR** [ ]    by affixing a true copy of each to the door of said premises, which is recipient's   [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___

**MAILING COPY** [ ]    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known   [ ] residence   [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

**ESCRIPTION** [x]    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex   Male    Color of skin   Black    Color of hair   Gray    Approx. Age   50-55
Approx. Height   5'10"-6'    Approx. weight   175-185    Other _____

**ITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]    Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ]    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this   16th   day of   May, 2007

*(signature)* Keith Hollen

Comm Exp 11/8/2011

Server's Lic. #

Invoice•Work Order # 9923530

TATE OF NEW YORK        SOUTHERN        COUNTY        U. S. DISTRICT COURT
OCUMENTS SERVED WITH INDEX #  07 CIV 3643    AND FILED ON  May 8, 2007
TTORNEY(S) Michael P. O'Connor, Esq. ,

*Western Surety Company*                                   Plaintiff(s)/Petitioner(s)

vs

*Professional Delivery Systems, Inc. and Sherrie B. Morris*    Defendant(s)/Respondent(s)

ounty of    Mecklenburg   , State of    N. Carolina   .

              Keith Hollen              , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
f age and resides at    Charlotte, NC   . On    May 17, 2007    at    3:05 pm
t                             4001-A Sentry Post Road  , Charlotte, NC 28208

eponent served a    Summons in a Civil Case and Complaint
                    Rule 7.1 Statement
                    3rd Amended Instructions for Filing an Electronic Case or Appeal

PON:                          **Sherrie B. Morris**                                , **Defendant**
erein called recipient) therein named.

NDIVIDUAL    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
[ ]          described as said person therein.

ORPORATION  A _____ corporation, by delivering thereat a true copy of each to _____
[ ]          personally, deponent knew said corporation so served to be the corporation, described in same as said recipient
             and knew said individual to be _____ thereof.

JITABLE AGE  by delivering a true copy of each to  John Doe, employee refused name/title  a person of suitable age and discretion.
PERSON       Said premises is recipient's  [x]actual place of business    [ ]dwelling house (usual place of abode) within the state.
[x]

FFIXING TO   by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business
DOOR         [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient
[ ]          or a person of suitable age and discretion, having called thereat
             Day _____  Date _____  Time _____  Day _____  Date _____  Time _____
             Day _____  Date _____  Time _____  Day _____  Date _____  Time _____

MAILING      Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at
COPY         recipient's last known  [ ]residence   [x] place of employment at: _____  Same as above
[x]          and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the
             U. S. Postal Service within  the State of New York on    5/18/07   .
             [ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one
             day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

ESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[x]          Sex    Male      Color of skin    Black     Color of hair    Gray      Approx. Age    50-55
             Approx. Height    5'10"-6'    Approx. weight    175-185    Other  Eyeglasses

ITNESS FEES $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

PHOTO        Deponent was able to identify recipient from annexed photo.
[ ]

MILITARY     Deponent asked person spoken to whether the recipient was presently in military service of the United States
SERVICE      Government or on active duty in the military service in the State of New York and was informed that recipient was not.
[x]

worn to before me on this   18th   day of    May, 2007                   _____Keith Hollen_____
                                                                              Keith Hollen

Comm Exp 11/8/2011                                                 Server's Lic. #

                                                                   Invoice•Work Order # 9923533