STATE OF NEW YORK    SOUTHERN    COUNTY    U.S. DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07 CIV 3643    AND FILED ON   May 8, 2007

ATTORNEY(S)  Michael P. O'Connor, Esq.,

| | |
|---|---|
| *Western Surety Company* | Plaintiff(s)/Petitioner(s) |
| vs | |
| *Professional Delivery Systems, Inc. and Sherrie B. Morris* | Defendant(s)/Respondent(s) |

County of  Mecklenburg , State of  N. Carolina  .

 Keith Hollen , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at   Charlotte, NC  . On  May 17, 2007  at  3:05 pm

at    4001-A Sentry Post Road , Charlotte, NC 28208

Deponent served a    Summons in a Civil Case and Complaint
Rule 7.1 Statement
3rd Amended Instructions for Filing an Electronic Case or Appeal

UPON:    **Professional Delivery Systems, Inc.**    , Defendant

(herein called recipient) therein named.

**INDIVIDUAL** [ ]   by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [x]   A _____ corporation, by delivering thereat a true copy of each to  John Doe, employee refused  personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be  Person of Highest Authority  thereof.

**SUITABLE AGE PERSON** [ ]   by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]   by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___

**MAILING COPY** [ ]   Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known  [ ] residence  [ ] place of employment at: _____
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____.
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing  [ ] and with return receipt requested.

**DESCRIPTION** [x]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex  Male   Color of skin  Black   Color of hair  Gray   Approx. Age  50-55
Approx. Height  5'10"-6'   Approx. weight  175-185   Other _____

**WITNESS FEES** [ ]   $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]   Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this  16th  day of  May, 2007

_Keith Hollen_ (signature)
Keith Hollen

Comm Exp 11/8/2011

Server's Lic. #

Invoice•Work Order # 9923530

TATE OF NEW YORK                    SOUTHERN             COUNTY              U. S. DISTRICT                COURT
OCUMENTS SERVED WITH INDEX #  07 CIV 3643    AND FILED ON  May 8, 2007
TTORNEY(S) Michael P. O'Connor, Esq. ,

|  |  |
|---|---|
| *Western Surety Company* | Plaintiff(s)/Petitioner(s) |
| vs |  |
| *Professional Delivery Systems, Inc. and Sherrie B. Morris* | Defendant(s)/Respondent(s) |

ounty of   Mecklenburg   , State of   N. Carolina   .

           Keith Hollen          , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
f age and resides at   Charlotte, NC   . On   May 17, 2007   at   3:05 pm
t                    4001-A Sentry Post Road , Charlotte, NC 28208

eponent served a    Summons in a Civil Case and Complaint
                    Rule 7.1 Statement
                    3rd Amended Instructions for Filing an Electronic Case or Appeal

PON:                              **Sherrie B. Morris**                                , **Defendant**
ierein called recipient) therein named.

**NDIVIDUAL** — by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
[ ]

**ORPORATION** A _____ corporation, by delivering thereat a true copy of each to _____
[ ] personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**JITABLE AGE PERSON** [x] — by delivering a true copy of each to  John Doe, employee refused name/title  a person of suitable age and discretion. Said premises is recipient's [x] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ] — by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___

**MAILING COPY** [x] — Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [x] place of employment at:  Same as above  and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on  5/18/07  .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**ESCRIPTION** [x] — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex  Male    Color of skin  Black    Color of hair  Gray    Approx. Age  50-55
Approx. Height  5'10"-6'    Approx. weight  175-185    Other  Eyeglasses

**ITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

**PHOTO** [ ] — Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [x] — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

sworn to before me on this  18th  day of  May, 2007

                                                                 _____
                                                                        Keith Hollen

Comm Exp 11/8/2011

                                                                 Server's Lic. #

                                                                 Invoice•Work Order # 9923533