UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Index #07 CIV 3643 (LBS)(RLE)
WESTERN SURETY COMPANY,

                                         Plaintiff,

-against-

**AFFIDAVIT OF
ADDITIONAL NOTICE**

PROFESSIONAL DELIVERY SYSTEMS, INC. and
SHERRIE B. MORRIS

                                         Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF ROCKLAND   )

    IVY KRAMER, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and am employed by the Law Offices of Michael P. O'Connor, located at 10 Esquire Road, Suite 14, New City, New York 10956.

    On June 4, 2007, I gave additional notice of the within by serving a true copy of the Summons, Complaint, Rule 7.1 Disclosure Statement and copies of the Hon. Leonard B. Sand and Hon. Ronald L. Ellis' Individual Rules, together with copies of the Affidavits of Service showing when and how the defendants, PROFESSIONAL DELIVERY SYSTEMS, INC. and SHERRIE B. MORRIS, were served in this action by mailing same in a plain manila sealed envelope marked "personal and confidential", with postage prepaid thereon, in a post-office or official depository of the U. S. Postal Service within the State of New York, addressed to the address of the addressee as indicated below:

                Ms. Sherrie B. Morris
                PROFESSIONAL DELIVERY SYSTEMS, INC.
                4001-A Sentry Post Road
                Charlotte, North Carolina 28208

                Ms. Sherrie B. Morris
                12829 Rocky River Church Road
                Charlotte, North Carolina 28215

                                              _____
                                              IVY KRAMER

Sworn to before me this
4th day of June, 2007

_____
Notary Public

DEBRA C GOLDSCHMIDT
Notary Public - State of New York
NO. 01GO4986333
Qualified in Orange County
My Commission Expires 9/7/09