```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WESTERN SURETY COMPANY,

    -against-

PROFESSIONAL DELIVERY SYSTEMS, INC.
and SHERRIE B. MORRIS,

    Defendants.

------------------------------------------------------------x

Case No.: 07 Civ. 3643 (LBS)

AFFIRMATION OF ENGAGEMENT
_And Order_

MICHAEL P O'CONNOR, an attorney at law, duly licensed to practice before the courts of the State of New York, hereby affirms pursuant to CPLR Section 2106 that the following statement is true under the penalties of perjury:

1. I represent the Plaintiff in the above-captioned action.

2. An initial pre-trial conference has been scheduled before Your Honor on July 18, 2007 at 10:00 a.m. However, I am currently scheduled to go to trial on behalf of Kevin Roberts d/b/a Roberts Contracting, Inc. in the matter Kevin Roberts d/b/a Roberts Contracting Inc. v. Elez Haxhijaj a/k/a Alex Haxijaj, Index No.: 461-05, before the Hon. Robert A. Sackett, Justice of the Supreme Court, County of Sullivan, State of New York, commencing on July 18, 2007 at 9:30 a.m.

3. Additionally, this will serve to advise the Court that although the above-named defendants were served with the Summons and Complaint on May 17, 2007, as of today's date, said defendants have not yet appeared or put in an answer.

4.  Wherefore, it is respectfully requested that the within matter be adjourned to ~~a later date~~. July 25, 2007 at 10:30 AM

Dated: New City, New York
June 13, 2007

MICHAEL P. O'CONNOR, ESQ.
Attorney for Plaintiff
10 Esquire Road, Suite 14
New City, New York 10956
(845) 638-1956

SO ORDERED this 19 day of June, 2007

HON. LEONARD B. SAND, U.S.D.J.