UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WESTERN SURETY COMPANY,

                            Plaintiff,

-against-

PROFESSIONAL DELIVERY SYSTEMS, INC.
and SHERRIE B. MORRIS,

                           Defendants.
----------------------------------------------------------X

07 Civ. 3643 (LBS)

**NOTICE OF MOTION**

S I R S:

**PLEASE TAKE NOTICE** that upon the Complaint filed in the above-captioned action, the annexed Affirmation for Judgment by Default, Statement of Damages and all exhibits annexed thereto, and upon all prior proceedings had herein, the undersigned will move this Court before the Honorable Leonard B. Sand, on the 5th day of September 2007, at 10:15 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting a judgment by default in favor of the plaintiff, WESTERN SURETY COMPANY, by reason of the defendants, PROFESSIONAL DELIVERY SYSTEMS, INC. and SHERRIE B. MORRIS, having failed to appear, answer or otherwise move with respect to the Summons and Complaint filed herein.

Dated: New City, New York
         August 15, 2007

                                    Respectfully submitted,

                                    LAW OFFICES OF MICHAEL P. O'CONNOR
                                    Attorneys for Plaintiff
               BY: _____
                                    MICHAEL P. O'CONNOR (MO1550)
                                    10 Esquire Road, Suite 14
                                    New City, New York 10956
                                    (845) 638-1956