USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-07

SANJS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTERN SURETY COMPANY,

                Plaintiff,

-against-

PROFESSIONAL DELIVERY SYSTEMS, INC.
and SHERRIE B. MORRIS,

                Defendants.
------------------------------------------------------------X

07 Civ. 3643 (LBS)

**DEFAULT JUDGMENT**

        This action having been commenced on May 8, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant, PROFESSIONAL DELIVERY SYSTEMS, INC., via personal service on "John Doe", (name refused) a person of suitable age and discretion on May 17, 2007, and a copy of the Summons and Complaint having been served on defendant, SHERRIE B. MORRIS, by substituted service upon "John Doe: (name refused), an individual who stated that he was the person of highest authority to accept service on May 17, 2007, as well as service of additional notice, by serving a true copy of the Summons and Verified Complaint on defendant, SHERRIE B. MORRIS, at her last known business address and her residential address, and proof of such service having been filed on June 4, 2007 and the defendants, PROFESSIONAL DELIVERY SYSTEMS, INC. and SHERRIE B. MORRIS, not having appeared, answered or otherwise move with respect to the Complaint, and the time for appearing, answering, or otherwise moving with respect to the Complaint having expired, it is

        ORDERED ADJUDGED AND DECREED that plaintiff, WESTERN SURETY COMPANY, with corporate offices at 39 Broadway, Suite 620, New York, New

York 10006, have judgment against the defendants, PROFESSIONAL DELIVERY SYSTEMS, INC., whose last known business address being 4001-A Sentry Post Road, Charlotte, North Carolina 28208, and SHERRIE B. MORRIS, whose residential address is 12829 Rocky River Church Road, Charlotte, North Carolina 28215, in the amount of One Hundred Thousand and 00/100 ($100,000.00) Dollars, and attorney's fees, plus costs and disbursements in the amount of Four Thousand Six Hundred Forty Five and 03/100 ($4,645.03) Dollars, for a total liquidated amount of One Hundred Four Thousand Six Hundred Forty Five and 03/100 ($104,645.03); and it is further

ORDERED that the judgment rendered by the Court on this day in favor of the Plaintiff be entered as a final judgment as against PROFESSIONAL DELIVERY SYSTEMS, INC. and SHERRIE B. MORRIS and the Clerk of the Court is directed to enter such Judgment forthwith.

SO ORDERED THIS 27 DAY OF Aug , 2007

_____
HON. LEONARD B. SAND, U.S.D.J.

Judgment entered this        day of              , 2007

_____
CLERK